# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157936(96)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

JAMAL DEVONTA BENNETT,
       Defendant-Appellant.

_____/

SC: 157936
COA: 328759
Kent CC: 15-000869-FC

      On order of the Chief Justice, the motion of Deshawn Reed to file a brief amicus curiae is GRANTED. The amicus brief submitted on November 7, 2019, is for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2019



Clerk